In the Matter of the Application of EDWARD F. TORMEY and Others for an Order Requiring Provision and Payment of Moneys Due Petitioners, under and by Virtue of Local Law No. 26 of the Laws of 1937, and Other Applicable Laws, v. FIORELLO

H. LaGuardia and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.